THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DONALD HOWARD BUTT, Respondent.—

586

Christ, P. J.,
Rabin, Munder, Martuscello and Brennan, JJ., concur.